UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BARRY CURTIS )<br>    PLAINTIFF )<br>)<br>vs. )<br>)<br>RYDER TRUCK RENTAL, INC. )<br>    DEFENDANT )<br>) | 05-CV-130-P-H<br><br>**JURY TRIAL DEMAND** |

**NOW COMES** Plaintiff Barry Curtis, through Counsel, Randy L. Robinson, and demands trial by jury in the above-captioned matter pursuant to Fed.R.Civ.P. 38, representing as follows:

1. The Plaintiff desires a trial on all issues triable by a jury.

2. The Defendant has been contacted and does not object.

3. No pleadings have been filed regarding this issue. The Plaintiff is allowed to file for a jury trial within 10 days after service of the last pleading related to the issue, and this constitutes the first mention of the issue by either party.

**WHEREFORE**, Plaintiff Barry Curtis demands a jury trial on all issues so triable, pursuant to Rule 38 and the Seventh Amendment to the United States Constitution.

July 27, 2005

Respectfully submitted,

/s/ Randy L. Robinson
Randy L. Robinson
Bar # 9251
The Robinson Law Firm
P.O. Box 8013
Portland, Maine 04181

## CERTIFICATE OF SERVICE

    I, Randy L. Robinson, Counsel for Plaintiff Barry Curtis, hereby certify that I have filed the foregoing electronically with the Federal District Court for the District of Maine, located in Portland, Maine, which will send notice electronically to Richard Moon, Esq. Counsel for Defendant Ryder Truck Rental, Inc. at rmoon@moonmoss.com.

July 27, 2005

/s/ Randy L. Robinson
Randy Robinson, Bar # 9251
Counsel for Plaintiff